PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jordi Gonzalez                               Cr.: 22-00656-001
                                                                                    PACTS #: 6363311

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/21/2023

Original Offense:    Count One: Misprison Of Felony, 18:4.F

Original Sentence: 24 months probation

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Financial Disclosure, No New Debt/Credit

Type of Supervision: Probation                              Date Supervision Commenced: 02/21/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 22, 2023, Mr. Gonzalez reported to our office and submitted to a urinalysis, which yielded positive for marijuana. Mr. Gonzalez subsequently admitted to smoking marijuana several days before sentencing. He signed a drug admission form. |
| 2 | On March 10, 2023, Mr. Gonzalez advised our office that he was issued a ticket for selling a vape (nicotine) product to a person under the age of 18, which is a Petty Disorderly Persons Offense, punishable by a fine only. His court date is pending. |

U.S. Probation Officer Action:

Mr. Gonzalez was admonished for smoking marijuana. He ensured us that he will not use any illegal narcotics while on probation. We also advised Mr. Gonzalez that sustaining the above ticket is not only illegal, but it could also jeopardize the owner of the businesses' license. We will closely monitor these matters.

Prob 12A – page 2
Jordi Gonzalez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kimberly Marin*

By: KIMBERLY MARIN
U.S. Probation Officer

/ km

APPROVED:

*Kevin M. Villa*          03/14/2023

KEVIN M. VILLA                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

3/14/2023
Date