PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jordi Gonzalez            Cr.: 22-00656-001
                                                                PACTS #: 6363311

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/21/2023

Original Offense:    Count One: Misprison of Felony, 18:4.F

Original Sentence: 24 months' probation

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Financial Disclosure, No New Debt/Credit

Type of Supervision: Probation                     Date Supervision Commenced: 02/21/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 24, 2023, Mr. Gonzalez reported to our office and submitted a urinalysis, which yielded positive for marijuana. Mr. Gonzalez subsequently admitted to smoking marijuana a few days before. He signed a drug admission form. |

U.S. Probation Officer Action:

Mr. Gonzalez was admonished for smoking marijuana. He ensured that he will not use any illegal narcotics while on probation. We will closely monitor this matter.

Prob 12A – page 2
Jordi Gonzalez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: KIMBERLY MARIN
U.S. Probation Officer

/ km

APPROVED:

_____ 04/24/2023
KEVIN M. VILLA                     Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

4/24/2023
Date