PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jordi Gonzalez     Cr.: 22-00656-001
PACTS #: 6363311

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/21/2023

Original Offense:    Count One: Misprison Of Felony, 18:U.S.C.4 (f)

Original Sentence: 2 years' probation

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Financial Disclosure, No New Debt/Credit

Type of Supervision: Probation     Date Supervision Commenced: 02/21/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On May 12, 2023, Mr. Gonzalez reported to our office and submitted a urinalysis, which yielded positive for marijuana. Mr. Gonzalez subsequently admitted to smoking marijuana the day before. He signed a drug admission form. |

U.S. Probation Officer Action:

Mr. Gonzalez was admonished for smoking marijuana. He reported daily use of marijuana to cope with stress. The Probation Office will refer him for a substance abuse evaluation.

At this time, we are not recommending any court action be taken. We will continue to monitor his compliance and address any additional treatment needs. If non-compliance should continue, we will seek the Court's intervention via a Status Conference.

Prob 12A – page 2
Jordi Gonzalez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KIMBERLY MARIN
U.S. Probation Officer

/ km

APPROVED:

_____   05/17/2023
KEVIN M. VILLA                                   Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

5/17/2023
Date